UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEN H. SCOTT                                    CIVIL ACTION

VERSUS                                        NO. 07-6272

JEFFERY E. TRAVIS                       SECTION: "J"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's lost property claim is **DISMISSED WITHOUT PREJUDICE** to his right to assert his claims in state court.

**IT IS FURTHER ORDERED** that plaintiff's "access to courts" claim is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 25th day of October, 2007.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE